UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BURAK BILGEC,<br>75 Rock Road<br>Hawthorne, NJ 07506<br><br>        Plaintiff,<br><br>v.<br><br>VITAL PLUS PHARMACY<br>10 West Broadway<br>Paterson, NJ 07505<br><br>    &&<br><br>GEORGE CHANG<br>t/d/b/a Vital Plus Pharmacy<br>10 West Broadway<br>Paterson, NJ, 07505<br><br>        Defendants. | Civil Action No. 2:18-cv-11707-SDW-LDW |

THIS MATTER having been opened to the Court by the Law Offices of Eric A. Shore, P.C., counsel for the Plaintiff, Burak Brian Bilgec ("Plaintiff"), and Salka Law LLC counsel for Defendants, Vital Plus Pharmacy Inc., and George Chang (collectively "Defendants"), seeking an order granting the Motion for Approval of Parties' Settlement And For Dismissal Of Action With Prejudice, and the Court having considered the matter and finding that:

1.    Plaintiff commenced this individual action under the Fair Labor Standards Act ("FLSA") and comparable New Jersey laws on July 17, 2018.

2.    Plaintiff and Defendants have reached a negotiated resolution of the above lawsuit with respect to the claims of Plaintiff. The Parties were represented by counsel throughout the settlement negotiations.

3. Plaintiff and Defendants have agreed upon settlement terms and memorialized those terms in a Settlement Agreement and General Release;

IT IS, on this 19th day of November, 2018, HEREBY ORDERED that:

1. ~~This Court confirms its approval of the Parties' settlement;~~

2. This Court retains jurisdiction over this case until all payment has been rendered in accordance with the Settlement Agreement, and upon which Plaintiff's Complaint will be hereby ~~dismissed with prejudice as to Defendants.~~

SUSAN D. WIGENTON, U.S.D.J.